**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Luis Algenis DAVILA–LUGO, Petitioner**

**No. 630 MAL 2016**

Supreme Court of Pennsylvania.

January 30, 2017

## ORDER

PER CURIAM

**AND NOW**, this 30th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.